# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3919
Lower Tribunal No. 2023-CC-009550-O

_____

JOSE G. MEDINA,

Appellant,

v.

CHO PARTNERSHIP LTD,

Appellee.

_____

Appeal from the County Court for Orange County.
Jeanette Dejuras Bigney, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Jesus Irizarry, of Irizarry Mendez PL, Orlando, for Appellant.

Marie A. Borland and Christopher S. Branton, of Hill, Ward & Henderson, P.A., Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED